AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sotomayor, Sonia | Supreme Court of the United States | 05/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Associate Justice | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 1/1/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1 First Street, NE
Washington, DC 20543

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kansas State University | 1/27/11 | Manhattan, Kansas | Lecture | Transportation, lodging and meals |
| 2. | University of Kansas and Washburn University | 1/28/11 | Lawrence, Kansas | Question and Answer Presentation | Transportation, lodging and meals |
| 3. | University of Chicago | 1/29 - 1/31/11 | Chicago, Illinois | Question and Answer Presentation, Meetings | Transportation, lodging and meals |
| 4. | Northwestern University | 2/1/11 | Evanston, Illinois | Teaching | Transportation, lodging and meals |
| 5. | University of California, Berkeley | 2/2 - 2/4/11 | Berkeley, California | Moot Court Competition, Meetings | Transportation, lodging and meals |
| 6. | Philadelphia Bar Association | 3/11/11 | Philadelphia, Pennsylvania | Speech | Transportation and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/10/2012 |

| 7. | Columbia University | 4/7/11 | New York, New York | Moot Court Competition | Transportation, meals |
|---|---|---|---|---|---|
| 8. | Princeton University | 4/29/11 | Princeton, New Jersey | Alumni Women's Conference | Transportation and meals |
| 9. | University of South Carolina | 5/5 - 5/7/11 | Columbia, South Carolina | Commencement Speech | Transportation, lodging and meals |
| 10. | Ramapo College | 5/13/11 | Ramapo, New Jersey | Commencement Speech | Transportation and meals |
| 11. | US Embassy, El Salvador | 8/14 - 8/18/11 | San Salvador, El Salvador | Community Meetings | Transportation, lodging and meals |
| 12. | Leadership Institute of Santa Fe Indian School | 9/5 - 9/8/11 | Santa Fe, New Mexico | Community Meetings | Transportation, lodging and meals |
| 13. | Columbia University | 10/21/11 | New York, New York | Question and Answer Presentation | Transportation and meals |
| 14. | Harvard University | 11/17 - 11/18/11 | Cambridge, Massachusetts | Moot Court Competition | Transportation, lodging and meals |
| 15. | Vermont Women's Enonomic Opportunity Conference | 12/9 - 12/10/11 | Randolph, Vermont | Question and Answer Presentation | Transportation, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| **Sotomayor, Sonia** | 05/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Butler Family | Fine China | $1,400.00 |
| 2. | Robert Weingarten | Translucent Composite Print | $6,000.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Retail Credit Card | J |
| 2. | Discover | Retail Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank, N.A. Savings | B | Interest | M | T | | | | | |
| 2. Citibank, N.A. Checking | A | Interest | J | T | | | | | |
| 3. ING Direct | A | Interest | L | T | | | | | |
| 4. Morgan Stanley Bank NA | A | Interest | J | T | Open | 04/15/11 | K | | |
| 5. Pimpco Total Return Fund-A | B | Dividend | K | T | Buy | 06/17/11 | K | | |
| 6. Templeton Global Bond A | A | Dividend | K | T | Buy | 06/17/11 | K | | |
| 7. Columbia TR 1 LC Growth CL AM | A | Dividend | K | T | Buy | 06/17/11 | K | | |
| 8. Nuveen NWQ Large Cap Value A | A | Dividend | K | T | Buy | 06/17/11 | K | | |
| 9. Thornburg INT Growth A | A | Dividend | K | T | Buy | 06/17/11 | K | | |
| 10. Morgan Stanley Bank NA (IRA) | A | Interest | K | T | Open | 4/14/11 | K | | |
| 11. Blackrock GLB Allocation FD CL-A (IRA) | A | Dividend | K | T | Buy | 06/14/11 | K | | |
| 12. Rental Property #1, New York, NY (X) | | None | P1 | Q | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sotomayor, Sonia | 05/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part V. GIFTS.

During 2011 many people sent me gifts of books, art, jewelry and trinkets. I have no reason to believe that any of those items exceeded the $335.00 limit. If I should learn otherwise, I will amend this form.

2) Part VII. Investments and Trusts, Page 1 line 14:

Rental property in New York, New York was converted from personal to business. Value was determined by written appraisal dated 10/6/2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sonia Sotomayor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544